**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

_____

MALCOLM WASHINGTON,

        Plaintiff,

        -v-                          3:26-CV-1154 (DNH/DJS)

WILLIAM C. PELELLA,

        Defendants.

_____

APPEARANCES:                        OF COUNSEL:

MALCOLM WASHINGTON
Plaintiff, Pro Se
1903 East Main Street, Apt 3E
Endicott, NY 13760

**Hon. David N. Hurd, U.S. District Judge:**

## ORDER ON REPORT & RECOMMENDATION

On June 1, 2026, _pro se_ plaintiff Malcolm Washington ("plaintiff") filed this 42 U.S.C. § 1983 action alleging that defendant Judge William Pelella violated his civil rights in connection with a state-court criminal matter. _See_ Dkt. No. 1. Along with his complaint, plaintiff moved for leave to proceed _in forma pauperis_ ("IFP Application"). Dkt. No. 2.

On June 22, 2026, U.S. Magistrate Judge Daniel J. Stewart granted plaintiff's IFP Application and, after an initial review of his pleading, advised by Report & Recommendation ("R&R") that plaintiff's complaint be dismissed without leave to amend. Dkt. No. 4. As Judge Stewart explained, this is at least the <u>third</u> federal-court lawsuit that plaintiff has filed against Judge Pelella that involves actions taken in his official judicial capacity. _Id_. And as with those other lawsuits,

this case is also subject to dismissal because Judge Pelella enjoys absolute judicial immunity for conduct taken in his official judicial capacity. *Id.*

Plaintiff has lodged objections. Dkt. No. 7. But those objections—which acknowledge that the conduct about which he complains arises from Judge Pelella's official responsibilities as a state-court judge—are meritless. Thus, upon *de novo* review, the R&R is accepted and will be adopted. 28 U.S.C. § 636.

Therefore, it is

ORDERED that

1.  The Report & Recommendation (Dkt. No. 6) is ACCEPTED; and

2.  Plaintiff's complaint (Dkt. No. 1) is DISMISSED with prejudice.

The Clerk of the Court is directed to terminate the pending motion, enter a judgment accordingly, and close the file.

**IT IS SO ORDERED.**

Dated:  July 16, 2026
        Utica, New York.

David N. Hurd
U.S. District Judge